UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:12-CR-27-TLS |
| | ) | |
| JASPER L. WILLIAMS | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 43], filed on November 1, 2013. The Defendant has waived objection to the Findings and Recommendation, and the Court, being duly advised, adopts the Findings and Recommendation [ECF No. 43] in its entirety and accepts the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to the offenses charged in Counts 3 and 4 of the Indictment ARE hereby accepted, and the Defendant is adjudged guilty of such offenses.

The notice of sentencing and pre-sentence scheduling deadlines will be issued by separate order.

SO ORDERED on November 18, 2013.

                                                              s/ Theresa L. Springmann
                                                             THERESA L. SPRINGMANN
                                                             UNITED STATES DISTRICT COURT